**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM MARTIN DELANO,<br>Petitioner,<br>v.<br>MARTIN GAMBOA, Warden,<br>Respondent. | Case No. 5:25-cv-01855-WLH-PVC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's motion to dismiss, all of the records and files herein, the Magistrate Judge's Amended Report and Recommendation, and Petitioner's objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which the objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

It is **ORDERED** the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

It is further **ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record.

**IT IS SO ORDERED**.

DATED: July 21, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE