JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM MARTIN DELANO, Petitioner, v. MARTIN GAMBOA, Warden, Respondent. | Case No. 5:25-cv-01855-WLH-PVC<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, it is hereby **ADJUDGED** that the above-captioned action is dismissed without prejudice.

Dated: July 21, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE